# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| DANNY GUILBERT,<br><br>Plaintiff,<br><br>vs.<br><br>FRED LOYA INSURANCE AGENCY, INC., LOYA INSURANCE COMPANY, & DOES 1-5,<br><br>Defendants. | CV 18-72-GF-BMM-JTJ<br><br>**ORDER** |

The Court conducted a hearing on Defendants' pending motions in limine on March 26, 2019. For the reasons stated in open court,

IT IS ORDERED:

1. Defendants' Motion in Limine to Preclude Plaintiff from Presenting Evidence of Economic Damages Inconsistent with the Underlying Judgment (Doc. 32) is DENIED. Plaintiff may present evidence of the total amount of money he owed Mitchell's Crash Repair for towing and vehicle storage. Defendants may present evidence showing how Plaintiff resolved the bill for towing and vehicle storage costs.

2. Defendants' Motion in Limine to Preclude Plaintiff from Presenting

Evidence of his Physical Injuries (Doc. 49) is GRANTED in part. Plaintiff is prohibited from presenting any evidence or argument at trial regarding the injuries he incurred in the motor vehicle accident on February 26, 2015, absent a determination by the Court, during trial, that the Defendants have opened the door to such evidence or argument.

DATED this 30th day of April, 2019.

/s/ John Johnston
John Johnston
United States Magistrate Judge