IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DANNY GUILBERT, Plaintiff, | CV-18-72-GF-BMM |
| -vs- | **ORDER** |
| FRED LOYA INSURANCE AGENCY, INC., LOYA INSURANCE COMPANY, & DOES 1-5, | |
| Defendants. | |

The Court has been informed that this case has settled, Doc. 66, Accordingly, **IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED** and all motions terminated. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **June 6, 2019**, or show good cause for their failure to do so.

DATED this 6th day of May, 2019.

_____
Brian Morris
United States District Court Judge

-1-